**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

INTERNATIONAL SHIP
REPAIR AND MARINE
SERVICES, INC.,

     Plaintiff,

v.                                                    Case No. 8:25-cv-1631-KKM-AAS

HERALD ADONAI
(Formerly B 215),

     Defendant.

---

## <u>ORDER</u>

The United States Magistrate Judge recommends granting Plaintiff International Ship Repair and Marine Services, Inc.'s Motion for an Order of Interlocutory Sale of a Vessel. *See* R. & R. (Doc. 36). The deadline to object to the Magistrate Judge's Report and Recommendation has passed without any party lodging an objection. Considering the record, I adopt the Report and Recommendation.

After conducting a review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's Report and Recommendation. 28 U.S.C. § 636(b)(1). If a party files a timely and specific objection to a finding of fact by a magistrate judge, the district court must conduct a de novo review with respect to that factual issue. *Stokes v.*

*Singletary*, 952 F.2d 1567, 1576 (11th Cir. 1992). The district court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Ashworth v. Glades Cnty. Bd. of Cnty. Comm'rs*, 379 F. Supp. 3d 1244, 1246 (M.D. Fla. 2019).

In the absence of any objection and after reviewing the factual allegations and legal conclusions, I adopt the Magistrate Judge's Report and Recommendation.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Doc. 36) is **ADOPTED** and made a part of this Order for all purposes.

2. Plaintiff's Motion for Order of Interlocutory Sale of a Vessel (Doc. 33) is **GRANTED**.

3. The United States Marshal for the Middle District of Florida shall sell the Vessel, which is more particularly described as Herald Adonai – one 1999 60.93s meter Deck Cargo Pontoon bearing IMO Number 8636386 and MMSI Number 657532000, her engines, tackle, apparel, appurtenances, etc., at a public auction for the highest price that can be obtained.

4. The public auction shall take place within thirty (30) days of the issuance of the Court's Order at a date and time acceptable to the

United States Marshal or at the Marshal's office located on the Fourth Floor of the Samuel M. Gibbons Courthouse, 801 North Florida Avenue, Tampa, Florida 33601.

5.  International Ship Repair and Marine Services, Inc., shall give notice of the date, time, and place of the sale to (i) the Vessel's owners and all known lien holders via mail or Federal Express at the owners' address(es) listed on the return of service and via the electronic court filing system; and (ii) the public-at-large by advertising same at least once per week for two successive weeks in the Tampa Bay Times, a newspaper of general circulation within this District, the first advertisement in the publication to be at least seven (7) days before the date of the Court-ordered sale; and the second publication to be at least three (3) days before the date of the sale per Section 5(q) of the Middle District of Florida's Admiralty and Maritime Practice Manual (Practice Manual).

6.  The Unites States Marshal shall require at the Court-ordered sale that the highest bidder, deposit with the United States Marshals for the Middle District of Florida ten percent of the bid price and the remaining purchase price within three (3) days or, if an objection to the sale is received, three (3) days after the

confirmation of the sale of the Vessel pursuant to Section 5(r) of the Practice Manual.

7. The United States Marshal shall pay into the registry of the United States District Court for the Middle District of Florida any and all monies received as a result of the sale, and the parties who have asserted claims or liens to such proceeds, including the Defendant here, shall be provided an opportunity to present and argue their case regarding priority and entitlement to such proceeds.

8. The United States Marshal shall prepare such documents and reports that may be necessary for the confirmation of the sale by the United States District Court.

9. The confirmation hearing shall be held at the United States District Court for the Middle District of Florida or remotely, on a date and time to be established by the Court, which shall be after the objection period provided for in Section 5(r)(7) of the Practice Manual.

10. International Ship Repair and Marine Services, Inc., shall inform any successful bidder that is not a party to this case of the date and time of the confirmation hearing.

11. The Clerk is **DIRECTED** to provide a copy of this Order to the United States Marshal for the Middle District of Florida.

**ORDERED** in Tampa, Florida, on May 18, 2026.

Kathryn Kimball Mizelle
United States District Judge